UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

GEORGE KOKENYEI,

                Supervisee.

No. 13-cr-340-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear for a conference on Supervisee's alleged violation of supervised release on January 15, 2020 at 3:30 p.m. in Courtroom 15A of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007. In the interim, IT IS FURTHER ORDERED THAT Supervisee shall be released on his own recognizance, and shall comply with all conditions of his supervised release.

SO ORDERED.

Dated:     December 20, 2019
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation