*LAW OFFICES OF*

# MURRAY RICHMAN

*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@msn.com

February 20, 2020

**VIA ECF**

Honorable Richard J. Sullivan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **2/20/20**

RE: **US v. George Kokenyei**
1:13-cr-00340-RJS

Dear Judge Sullivan:

I am respectfully requesting to amend the travel request made by my client in Court on Tuesday, February 18, 2020, when he said he wishes to travel to Chicago on Friday, February 21, 2020, and returning Monday, February 24, 2020. His in-laws apparently went to Florida and the same request is being made instead of Chicago to Florida. He has cleared this with his probation officer. I have notified the US Attorney on this subject, however, he has not responded up to this point because he seems to be on trial.

Thank you for your time and consideration to this request.

Respectfully submitted,

MURRAY RICHMAN

MR/cs

IT IS HEREBY ORDERED THAT Supervisee's amended travel request, to which the government does not object (Doc. No. 382), is granted.

cc: AUSA Alexander Li, via ECF SO ORDERED.

Dated: February 20, 2020
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation