UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

 -v-

George Kokenyei,

                    Defendant.

No. 13-cr-340-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The government and defense counsel previously requested that certain documents filed in the course of this matter, including sentencing submissions, be maintained under seal.  In light of the common law presumption of open records, *see United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995), the Court directed the parties to file written submissions justifying sealing of those materials.  Given that neither the government nor defense counsel has articulated a basis for continued sealing, the Court concludes that the presumption in favor of open records has not been overcome.  *Id.*  Accordingly, IT IS HEREBY ORDERED that the parties are directed to file all prior court submissions on the public docket by April 14, 2020.

SO ORDERED.

Dated:        March 30, 2020
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation