UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>GEORGE KOKENYEI,<br><br>　　　　　　　　　Defendant. | No. 13 Cr. 340 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

　　The Court is in receipt of Supervisee's motion requesting early termination of supervised release, dated June 11, 2021. IT IS HEREBY ORDERED that Supervisee shall appear before this Court at 10:00 a.m. on Tuesday, June 29, 2021 for a conference to discuss the June 11 motion. In light of the ongoing COVID-19 pandemic, Supervisee and his counsel shall inform the Court in writing by Thursday, June 24 as to whether Supervisee wishes to appear in person or remotely via ZoomGov videoconference. If the latter, counsel shall review with Supervisee the attached Waiver of Right to be Present at Criminal Proceeding form, which shall then be executed and submitted to the Court. The Court will then issue further instructions concerning the requested videoconference. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:　　　June 18, 2021
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE