*LAW OFFICES OF*

# MURRAY RICHMAN

*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@msn.com

June 21, 2021

**FILED VIA ECF**
Honorable Richard J. Sullivan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**RE: United States v. George Kokenyei**
**1:13-CR-00340-08 - RJS**

Dear Judge Sullivan,

We are in receipt of your Order dated June 18, 2021. Due to Mr. Kokenyei's broken leg and our firms previously scheduled court appearances on June 29th, we respectfully request the appearance to be held remotely. Attached please find the signed Waiver of right to be Present at Criminal Proceeding form. Thank you.

Respectfully Submitted,

VALERIE CASALI, ESQ., *of counsel*
MURRAY RICHMAN, ESQ.
Attorney for Defendant
2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588

Attachment

Defense counsel's request is granted. IT IS HEREBY ORDERED THAT the conference scheduled for 10:00 a.m. on June 29, 2021 will take place remotely via the ZoomGov vidoconferencing system. The Court will email the parties in due course with further instructions for accessing the requested videoconference. Members of the public may monitor the proceeding via the public line included in the Court's order at Doc. No. 420.

**SO ORDERED:** _____

**Dated:** 6/22/2021    **RICHARD J. SULLIVAN**
                    **U.S.C.J., Sitting by Designation**