UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

GEORGE KOKENYEI,

              Supervisee.

No. 13 Cr. 340 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    For the reasons stated on the record at the conference held earlier today, IT IS HEREBY ORDERED THAT Supervisee's motion for early termination of supervised release is granted. The Court extends its best wishes to Mr. Kokenyei and his family.

SO ORDERED.

Dated:        June 29, 2021
                New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation